IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM E. McDANIELS,

    Petitioner,                      No. CIV S-05-1116 MCE GGH P

    vs.

U.S. PAROLE COMMISSION,

    Respondent.                     <u>ORDER</u>

_____/

        On April 20, 2006, the court granted petitioner's application for writ of habeas corpus and ordered respondent to reinstate petitioner's forfeited street time within thirty days. On August 30, 2006, petitioner filed a motion to compel. Petitioner states that respondent has not fully complied with the April 20, 2006, order.

        Accordingly, IT IS HEREBY ORDERED that within ten days of the date of this order, respondent shall inform the court regarding whether it has fully complied with the April 20, 2006, order.

DATED: 9/12/06                              /s/ Gregory G. Hollows

                                                GREGORY G. HOLLOWS
                                                UNITED STATES MAGISTRATE JUDGE

mc1116.ord