IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM E. McDANIELS,

    Petitioner,                    No. CIV S-05-1116 MCE GGH P

    vs.

U.S. PAROLE COMMISSION,

    Respondents.                 ORDER TO SHOW CAUSE

                                 /

        Petitioner is a state prisoner proceeding pro se with an application for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On January 30, 2007, respondent filed a motion to dismiss. Petitioner has not filed an opposition to the motion. Local Rule 78-230(m) provides in part: "Failure of the responding party to file written opposition or to file a statement of no opposition may be deemed a waiver of any opposition to the granting of the motion . . . ." Good cause appearing, IT IS HEREBY ORDERED that petitioner show cause, within twenty days, why respondent's January 30, 2007, motion to dismiss should not be granted.

DATED: 3/26/07

                                                   /s/ Gregory G. Hollows

                                                   UNITED STATES MAGISTRATE JUDGE

GGH:035
mcda1116.46