IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM E. McDANIELS,

      Petitioner,                    No. CIV S-05-1116 MCE GGH P

   vs.

U.S. PAROLE COMMISSION,

      Respondent.                 <u>FINDINGS & RECOMMENDATIONS</u>

        By order filed March 26, 2007, petitioner was ordered to show cause, within thirty days, why respondent's January 30, 2007, motion to dismiss should not be granted. The thirty day period has now expired, and petitioner has not shown cause or otherwise responded to the court's order.

        IT IS HEREBY RECOMMENDED that respondent's January 30, 2007, motion to dismiss is granted.

        These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty days after being served with these findings and recommendations, petitioner may file written objections with the court.  The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Petitioner is advised that failure to file objections within the

1

Case 2:05-cv-01116-MCE-GGH    Document 24    Filed 06/22/07    Page 2 of 2

specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

DATED: 6/22/07

/s/ Gregory G. Hollows

UNITED STATES MAGISTRATE JUDGE

GGH:035
mcda1116.fsc