IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM E. McDANIELS,

    Petitioner,                    No. CIV S-05-1116 MCE GGH P

    vs.

U.S. PAROLE COMMISSION,         ORDER

    Respondent.

_____/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On June 22, 2007, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days.  On July 13, 2007, petitioner was re-served with this document to his most current address.  Neither party has filed objections to the findings and recommendations.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed June 22, 2007, are adopted in full; and

2. Respondent's January 30, 2007, motion to dismiss is granted.

Dated: August 30, 2007

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2